THE TOWN OF NORTH HEMPSTEAD, Respondent, *v.* JOHN J. THOMPSON, Appellant.

(Argued May 1, 1889; decided June 4, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1887, which affirmed a judgment in favor of the plaintiff, entered upon a verdict, and affirmed an order denying motion for a new trial.

*Benjamin W. Downing* for appellant.

*Thomas Young* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.